JOHN J. CASALE, INC., *v.* UNITED STATES ET AL.

No. 483.   Decided December 17, 1962.

*Herbert Burstein* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum* and *Robert W. Ginnane* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

CLARK *v.* LOUISIANA.

No. 626, Misc.   Decided December 17, 1962.

*Luke A. Petrovich* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.